**Electronically Filed**
**Supreme Court**
**SCWC-14-0001019**
**26-NOV-2018**
**09:38 AM**

SCWC-14-0001019

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF STEPHANIE C. STUCKY,
Petitioner/Complainant-Appellant,

v.

DWIGHT TAKENO, HSTA Interim Executive Director, RAY CAMACHO, HSTA Deputy Executive Director, ERIC NAGAMINE, HSTA UniServ Director, DAVID FORREST, HSTA UniServ Director, and HAWAIʻI STATE TEACHERS ASSOCIATION,
Respondents/Respondents-Appellees

and

HAWAIʻI LABOR RELATIONS BOARD, State of Hawaiʻi,
Respondent/Intervenor-Agency Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001019; CIVIL NO. 12-1-0704(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Complainant-Applicant Stephanie C. Stucky's application for writ of certiorari filed on October 17, 2018, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 26, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

